USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al.<br><br>Plaintiffs,<br><br>-against-<br><br>HARVEY WEINSTEIN,<br><br>Defendant.<br><br>HARVEY WEINSTEIN,<br><br>Counterclaimant,<br><br>-against-<br><br>FEDERAL INSURANCE COMPANY, CHUBB INDEMNITY INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY INSURANCE COMPANY, and GREAT NORTHERN INSURANCE COMPANY, et al.<br><br>Counter-Defendants.<br><br>HARVEY WEINSTEIN,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.<br><br>Third-Party Defendants. | 1:18-cv-02526-PAC (RWLx)<br><br>**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT AGAINST COUNTER-DEFENDANTS FEDERAL INSURANCE COMPANY, CHUBB INDEMNITY INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY INSURANCE COMPANY, AND GREAT NORTHERN INSURANCE COMPANY** |



*[Handwritten note: 6/20/2018 — The request for a Clerk's Certificate of Default is denied. So ordered. Paul Crotty, USDJ]*

*[Stamp: RECEIVED JUN 07 2018 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.]*

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Counterclaimant Harvey Weinstein requests a Clerk's certificate of entry of default in connection with the Counterclaim he filed against the following Counter-Defendants: Federal Insurance Company, Chubb Indemnity Insurance Company, Vigilant Insurance Company, Pacific Indemnity Insurance Company, and