**Exhibit 2**

I, Harvey Weinstein, declare as follows:

1. I make this declaration in support of my opposition to Chubb's Motion for Partial Summary Adjudication.

2. I am a resident of the State of Connecticut; I am domiciled there. It is the place where I have maintained my true, fixed and permanent home since at least 1994, at which time I initially procured homeowners' insurance with Chubb. I am licensed to drive in Connecticut, and my vehicles are garaged in Connecticut.

3. When the instant lawsuit was commenced against me by Chubb and its related affiliates, I was a resident of the Connecticut. Even today, I remain a resident of Connecticut.

4. As matters stand, it is my intention to remain a resident of Connecticut. In the past, when I travelled out of state, it was always my intention to return to Connecticut, and I did so. Should I travel out of state in the future, it will remain my intention to return to the state of Connecticut.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August 2018 at WESTPORT, Connecticut.

_____
Harvey Weinstein