

FOUNDERS*
William P. Bila
Robert P. Conlon
Edward P. Gibbons
Celeste M. King+
Gary L. Lockwood
Paul F. Matousek
David E. Walker
Mark D. Wilcox¤

CHICAGO • HOUSTON

April 29, 2019

**Edward P. Gibbons**
Tel:  312.244.6744
egibbons@wwmlawyers.com

**VIA Regular Mail & ECF**
Hon. Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:    Federal Insurance Co., et al. v. Harvey Weinstein, 1:18-cv-02526-PAC (RWLx)

Dear Judge Crotty:

As per the court's March 28, 2019 order, we met and conferred with Harvey Weinstein's new counsel, Jeffrey Schulman of Pasich LLP, and agreed on the following schedule for a brief period of discovery and supplemental briefing limited to the question of choice of law for each of the Chubb policies:

- Serve document requests and interrogatories: June 5

- Produce documents and respond to interrogatories: July 5

- Commence deposition discovery: July 22

- Complete discovery: September 5

- Supplemental briefs due: October 7

- Reply briefs due: October 21

We have also attached a proposed order incorporating this agreed schedule for your convenience.  Please let us know if you need any additional information or have any questions.

Hon. Paul A. Crotty
April 29, 2019
Page | 2

        Respectfully submitted,

        WALKER WILCOX MATOUSEK LLP

        By: /s/Edward P. Gibbons
        Edward P. Gibbons
        Joyce F. Noyes
        One North Franklin Street, Suite 3200
        Chicago, Illinois 60606
        (312) 244-6700
        egibbons@wwmlawyers.com
        jnoyes@wwmlawyes.com

        and

        CLYDE & CO. US LLP
        Paul R. Koepff
        Harris R. Wiener
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174
        (212) 710-3900
        paul.koepff@clydeco.us
        harris.wiener@clydeco.us

        *Attorneys for Plaintiffs*

cc: All Counsel of Record (via ECF)

WALKER WILCOX MATOUSEK LLP
Edward P. Gibbons [admitted pro hac vice]
Joyce F. Noyes [admitted pro hac vice]
One North Franklin Street
Suite 3200
Chicago, Illinois 60606

CLYDE & CO US LLP
Paul R. Koepff
Harris R. Wiener
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al.<br><br>    Plaintiffs,<br>-against-<br><br>HARVEY WEINSTEIN,<br>    Defendant. | 1:18-cv-02526-PAC (RWLx) |
| HARVEY WEINSTEIN,<br><br>    Counterclaimant,<br>-against-<br><br>FEDERAL INSURANCE COMPANY, CHUBB INDEMNITY INSURANCE COMPANY, PACIFIC INDEMNITY INSURANCE COMPANY, and GREAT NORTHERN INSURANCE COMPANY,<br><br>    Counter-Defendants. | **[PROPOSED] SCHEDULING ORDER** |
| HARVEY WEINSTEIN,<br><br>    Third-Party Plaintiff,<br>-against-<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.<br><br>    Third-Party Defendants. | |

The parties are to conduct further discovery pertaining to the choice of law issues raised by and in accordance with the Order of this Court dated March 28, 2019 [Dkt. 129], and are to comply with the following deadlines:

| | | |
|---|---|---|
| a. | Requests for production of documents and interrogatories are to be served by: | June 5, 2019 |
| b. | Parties to produce documents and respond to interrogatories: | July 5, 2019 |
| c. | Parties to commence deposition discovery: | July 22, 2019 |
| d. | Parties to complete choice of law discovery: | September 5, 2019 |
| e. | Parties to file supplemental briefs in regard to Federal's Motion for Summary Judgment: | October 7, 2019 |
| f. | Parties to file reply briefs in regard to Federal's Motion for Summary Judgment: | October 21, 2019 |

IT IS SO ORDERED this ___ day of _____, 2019

_____
Paul A. Crotty
United States District Court Judge

2