%AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern | **District of** | New York

Federal Insurance Company, et al.

Plaintiff (s),

V.

Harvey Weinstein

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  1:18-cv-02526-PAC

Notice is hereby given that, subject to approval by the court,  Harvey Weinstein  substitutes
(Party (s) Name)

Jeffrey L. Schulman -- Pasich LLP , State Bar No.  NY: 3903697  as counsel of record in
(Name of New Attorney)

place of  Michael Bruce Abelson and Leslie Ann Pereira -- Abelson Herron, LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Pasich LLP

Address:  757 Third Avenue, 20th Floor, New York, New York 10017

Telephone:  (212) 686-5000  Facsimile

E-Mail (Optional):  jschulman@pasichllp.com

I consent to the above substitution.

Date:

(Signature of Party (s))

I consent to being substituted.

Date:  APRIL 19, 2019

*MICHAEL BRUCE ABELSON*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  4/23/19

*Jeffrey L. Schulman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  5/1/2019

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____