UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al.<br><br>                  Plaintiffs,<br><br>  -against-<br><br>HARVEY WEINSTEIN,<br><br>                  Defendant. | 1:18-cv-02526-PAC<br><br>**NOTICE OF CHARGING LIEN BY ABELSON HERRON HALPEN LLP (FORMER ATTORNEYS FOR HARVEY WEINSTEIN)** |
| HARVEY WEINSTEIN,<br><br>                  Counterclaimant,<br><br>  -against-<br><br>FEDERAL INSURANCE COMPANY, CHUBB INDEMNITY INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY INSURANCE COMPANY, and GREAT NORTHERN INSURANCE COMPANY,<br><br>                  Counter-Defendants. | |
| HARVEY WEINSTEIN,<br><br>                  Third-Party Plaintiff,<br><br>  -against-<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.<br><br>                  Third-Party Defendants. | |

      **PLEASE TAKE NOTICE** that pursuant to Section 475 an 475-a of the Judiciary Law of the State of New York, **ABELSON HERRON HALPERN LLP,** former attorneys for Third Party Plaintiff Harvey Weinstein, has a charging lien upon the proceeds of Mr. Weinstein's adversary action with National Union Fire Insurance Company of Pittsburgh, PA – including all

1

cross-claims, counterclaims, and third party complaints – in whatever hands they may come, in the amount of **FIFTY SEVEN THOUSAND SIX HUNDRED NINETY TWO DOLLARS AND 20/100's** ($57,692.20), plus interest, in legal fees and disbursements.

This lien shall not be affected by any settlement between the parties before or after judgment, final order or other determination.

**PLEASE TAKE FURTHER NOTICE** that pursuant to applicable law, anyone who disregards said lien may be held to be personally liable to **ABELSON HERRON HALPEN LLP.** Judiciary Law §475; LMWT Realty Corp. v. Douglas Agency, Inc., 85 N.Y.2d 462, 649 N.E. 2d 1183, 626 N.Y.S. 2d 3d (1995).

Dated:  May 22, 2019                            Respectfully submitted,

                                                         By:  /s/ Timothy J. Pastore
                                                         Timothy J. Pastore, Esq.
                                                         Duval & Stachenfeld LLP
                                                         555 Madison Avenue, 6th Floor
                                                         New York, New York 10022
                                                         Tel:  (212) 883-1700
                                                         Email:  tpastore@dsllp.com