# PASICH LLP

Jeffrey L. Schulman
Partner

757 Third Avenue, 20th Floor
New York, NY 10017
JSchulman@PasichLLP.com
(212) 686-5000
PasichLLP.com

May 30, 2019

**VIA ECF AND FIRST CLASS MAIL**

The Honorable Paul A. Crotty
United States District Court for the
  Southern District of New York
United States District Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

RE: *Federal Insurance Company, et al. v. Harvey Weinstein*
Civil Action No. 1:18-cv-02526 (RWLx)

Dear Judge Crotty:

This firm is insurance recovery counsel to Harvey Weinstein. Pursuant to Your Honor's Individual Practice Rule No. 1, the parties jointly request that the Court's April 29, 2019 Scheduling Order (Dkt. No. 133) be held in abeyance until the June 25, 2019 Status Conference. There have been no prior requests for an adjournment of this schedule.

As has been widely reported, an agreement in principle has been reached on the economic terms of a settlement among the parties to this action, various plaintiffs and defendants in the underlying litigation, and certain others. If memorialized and approved, the settlement will result in the discontinuance of all three related insurance coverage matters pending before this Court without the need for further discovery or motion practice. Thus, the parties jointly request that the deadlines by which the parties were directed to conduct further discovery

The Honorable Paul A. Crotty
May 30, 2019
Page 2



pertaining to choice of law issues in accordance with this Court's March 28, 2019 Order (Dkt. No. 129) be held in abeyance. We anticipate having a further update with regard to that settlement on or before the June 25 Status Conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

Jeffrey L. Schulman

cc: All counsel of record (by ECF)

W011.002/214428.1