# PASICH LLP

Jeffrey L. Schulman
Partner

[USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/19]

10,7 Third Avenue, 26th Floor
New York, NY 10017
JSchulman@PasichLLP.com
(212) 856-5000
pasichLLP.com

May 30, 2019

5/30/2019

**VIA ECF AND FIRST CLASS MAIL**

The request[ed] is granted

The Honorable Paul A. Crotty
United States District Court for the
    Southern District of New York
United States District Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

*Paul Crotty*
*J/USDJ*

RE:  *Federal Insurance Company, et al. v. Harvey Weinstein*
     Civil Action No. 1:18-cv-02526 (RWLx)

Dear Judge Crotty:

This firm is insurance recovery counsel to Harvey Weinstein. Pursuant to Your Honor's Individual Practice Rule No. 1, the parties jointly request that the Court's April 29, 2019 Scheduling Order (Dkt. No. 133) be held in abeyance until the June 25, 2019 Status Conference. There have been no prior requests for an adjournment of this schedule.

As has been widely reported, an agreement in principle has been reached on the economic terms of a settlement among the parties to this action, various plaintiffs and defendants in the underlying litigation, and certain others. If memorialized and approved, the settlement will result in the discontinuance of all three related insurance coverage matters pending before this Court without the need for further discovery or motion practice. Thus, the parties jointly request that the deadlines by which the parties were directed to conduct further discovery